AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Janet F. Jeffries

v.

John E. Potter, Postmaster General, United States Postal Service

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06 - 707

TO: (Name and address of Defendant)

John E. Potter, Postmaster General
U.S. Postal Service
475 L'Enfant Plaza SW
10th Floor
Washington, D.C. 20260

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~ATTORNEY~~ (name and address)

Janet Jeffries
2148 Sceneytown Road
Dover, Delaware 19904

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    11/22/06
_____                          _____
CLERK                                              DATE

E. Strickler
_____
(By) DEPUTY CLERK

