UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET F. JEFFRIES | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-707-*** |
| | : | |
| v. | : | |
| | : | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | : : : | |
| | : | |
| Defendant. | : | |

**MOTION TO DISMISS**

Defendants, through their undersigned counsel, respectfully move, pursuant to Fed. R. Civ. P. 12(b)(1) & (6), to dismiss Count III of Plaintiff's Complaint and Plaintiff's punitive damages claim. In support of this motion, the Court is respectfully referred to the accompanying brief. A proposed Order consistent with this motion is attached hereto.

DATED: February 27, 2007.

                                                                       Respectfully Submitted,

                                                                       COLM F. CONNOLLY
                                                                       United States Attorney

                                                By:     /s/ Seth M. Beausang
                                                             Seth M. Beausang (I.D. No. 4071)
                                                             Assistant United States Attorney
                                                             The Nemours Building
                                                              1007 Orange Street, Suit 700
                                                             Wilmington, DE 19801
                                                             (302) 573-6277

## CERTIFICATE OF SERVICE

      I, Seth M. Beausang, hereby attest under penalty of perjury that on this 27th day of February, 2007, I caused two copies of the Defendants' Motion to Dismiss, Opening Brief in Support Thereof and Proposed Order to be served on the pro se Plaintiff by First Class Mail at the following address:

Janet F. Jeffries
2148 Seeneytown Road
Dover, DE 19904
(302)653-5411


                                                /s/ Seth M. Beausang
                                          Seth M. Beausang (DE I.D. No. 4071)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET F. JEFFRIES | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-707-*** |
| | : | |
| v. | : | |
| | : | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Defendants' Motion to Dismiss, and all papers filed in support thereof and opposition thereto, it is

ORDERED that Count III of Plaintiff's Complaint and Plaintiff's punitive damages claim are dismissed.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE