IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET JEFFRIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. A. No. 06-707-*** |
| vs. | ) | |
| | ) | |
| JOHN E. POTTER, POSTMASTER | ) | |
| GENERAL, UNITED STATES POSTAL | ) | |
| SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Herbert G. Feuerhake, Esq., hereby enters his appearance on behalf of the plaintiff, Janet Jeffries.

Plaintiff JANET JEFFRIES

DATE: March 12, 2007

By: _____
Herbert G. Feuerhake, Esq.
The Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, Delaware 19801
(302) 658-6101
DE Atty. ID # 2590
herblaw@verizonmail.com
Attorney for Plaintiff Jeffries

## Certificate of Service

I hereby certify that I have caused two copies of the foregoing *Notice of Appearance* to be deposited in the United States mail or hand-delivered or served electronically on March 12, 2007 addressed to the following:

Seth Beausang, Esq.
Asst. U.S. Atty.
The Nemours Bldg.
1007 Orange Street, Suite 700
Wilmington, DE 19801

_____
Herbert G. Feuerhake, Esq.