## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET F. JEFFRIES, | : |
|       Plaintiff, | : |
| v. | :   Civil Action No. 06-707-*** |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | : |
|       Defendant. | : |

## **ORDER**

At Wilmington this **12th** day of **March, 2007**,

IT IS ORDERED that on or before **April 2, 2007,** plaintiff shall file either an answering brief to defendant's motions or an amended complaint directed to the issues of the motions to dismiss.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                              /s/ Mary Pat Thynge
                                              UNITED STATES MAGISTRATE JUDGE