UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET F. JEFFRIES | : | Civil Action No. 06-CV-707 |
| Plaintiff, | : | |
| v. | : | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | : | |
| Defendant. | : | |

**NOTICE OF SERVICE OF DEFENDANT'S FIRST SET OF INTERROGATORIES**

TO:   Herbert G. Feuerhake
      Law Office of Herbert G. Feuerhake
      521 West Street
      Wilmington, DE 19801
      (302) 658-6101
      Email: herblaw@verizonmail.com

   I, Seth M. Beausang, hereby attest under penalty of perjury that on this 6th day of August, 2007, I served Defendant's First Set of Interrogatories by First Class Mail on the Plaintiff

                              COLM F. CONNOLLY
                              United States Attorney

                           By:   /s/ Seth M. Beausang
                              Seth M. Beausang (De. I.D. No. 4071)
                              Assistant United States Attorneys
                              The Nemours Building
                              1007 Orange Street, Suite 700
                              P.O. Box 2046
                              Wilmington, DE 19899-2046
                              (302) 573-6277