UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET F. JEFFRIES | : | Civil Action No. 06-CV-707 |
| Plaintiff, | : | |
| v. | : | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | : | |
| Defendant. | : | |

**NOTICE OF SERVICE OF DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS**

TO:  Herbert G. Feuerhake
     Law Office of Herbert G. Feuerhake
     521 West Street
     Wilmington, DE 19801
     (302) 658-6101
     Email: herblaw@verizonmail.com

I, Seth M. Beausang, hereby attest under penalty of perjury that on this 6th day of August, 2007, I served Defendant's First Set of Document Requests by First Class Mail on the Plaintiff.

        COLM F. CONNOLLY
        United States Attorney

    By:   /s/ Seth M. Beausang
        Seth M. Beausang (De. I.D. No. 4071)
        Assistant United States Attorneys
        The Nemours Building
        1007 Orange Street, Suite 700
        P.O. Box 2046
        Wilmington, DE 19899-2046
        (302) 573-6277