UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET F. JEFFRIES | : | Civil Action No. 06-CV-707 |
| Plaintiff, | : | |
| v. | : | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | : | |
| Defendant. | : | |

### NOTICE OF DEPOSITION

TO: Herbert G. Feuerhake
Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, DE 19801
(302) 658-6101

I, Seth M. Beausang, hereby attest under penalty of perjury that on this 14th day of August, 2007, I gave Plaintiff notice by ECF that Defendant will take Plaintiff Janet Jeffries's deposition beginning at 9:30 a.m. on August 28, 2007, and continuing for as long as needed, at the following location:

United States Attorney's Office
District of Delaware
1007 N. Orange St. Suite 700
Wilmington, Delaware 19801

The deposition will be recorded by stenographic means.

        COLM F. CONNOLLY
        United States Attorney

By:    /s/ Seth M. Beausang
      Seth M. Beausang (De. I.D. No. 4071)
      Assistant United States Attorneys
      The Nemours Building
      1007 Orange Street, Suite 700
      P.O. Box 2046
      Wilmington, DE 19899-2046
      (302) 573-6277