IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET F. JEFFRIES, | : |
| Plaintiff, | : : : |
| v. | :   Civil Action No. 06-707-*** |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | : : : : |
| Defendant. | : |

### ORDER

At Wilmington this **12th** day of **September, 2007**,

IT IS ORDERED that the mediation conference has been rescheduled for **Tuesday, October 2, 2007** at **10:00 a.m.** The parties' mediation submissions shall be due on or before **Friday, September 21, 2007**. Defendants may chose to rely on their prior mediation submission, plus submit, if desired, an additional three (3) pages double spaced, 12 pt. font or submit a new statement limited to fifteen (15) pages double spaced, 12 pt. font.

All other provisions of the Order of March 12, 2007 remain in effect, specifically the provision dealing with confidentiality.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE