IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET F. JEFFRIES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-707-*** |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | : |
| Defendant. | : |

## ORDER

At Wilmington this **13th** day of **September, 2007**,

IT IS ORDERED that the mediation conference presently scheduled for Tuesday, October 2, 2007 at 10:00 a.m. is cancelled at the request of plaintiff's counsel. The court is considering that the matter be rescheduled for either October 29, 30, or 31 or November 2, 2007. Counsel is to advise on or before September 21, 2007 whether any of the aforementioned dates are not available on their schedule. If the mediation is rescheduled for that week, the parties' mediation submissions shall be due on or before Monday, October 22, 2007. Defendants may chose to rely on their prior mediation submission, plus submit, if desired, an additional three (3) pages double spaced, 12 pt. font or submit a new statement limited to fifteen (15) pages double spaced, 12 pt. font.

All other provisions of the Order of March 12, 2007 remain in effect, specifically the provision dealing with confidentiality.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE