# U.S. Department of Justice



*United States Attorney's Office*
*District of Delaware*

---

| | |
|---|---|
| *The Nemours Building* | *(302) 573-6277 x 149* |
| *1007 Orange Street, Suite 700* | *FAX (302) 573-6220* |
| *P.O. Box 2046* | *TTY (302) 573- 6274* |
| *Wilmington, Delaware 19899-2046* | *Toll Free (888) 293-8162* |
| | Seth.Beausang@usdoj.gov |

November 29, 2007

BY E-FILING

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE 19801

    RE:    Jeffries v. Potter No. 06-707-*** (D. Del.)

Dear Judge Thynge:

    I write on behalf of both parties to the above-referenced matter.  The parties respectfully request an extra 60 days to complete discovery in this matter so that all discovery would be due by March 10, 2008.  Case dispositive motions would be due by April 10, 2008.  The parties also request a mediation with Your Honor in February, 2008, or as soon thereafter as the Court's busy schedule permits.  The requested extension will not otherwise affect the Scheduling Order because no trial date has been set.

    Enclosed is a proposed form of order.  The parties are available at the call of the Court to address and questions or concerns.

    Very truly yours,

    COLM F. CONNOLLY
    United States Attorney


    By:   /s/ Seth M. Beausang
    Seth M. Beausang
    Assistant United States Attorney

enclosure
cc:    Herbert G. Feuerhake, Esquire (by e-Filing)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET F. JEFFRIES | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-707-*** |
| | : | |
| v. | : | |
| | : | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | : : : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of the parties' joint request to extend discovery, it is ORDERED that the Court's Scheduling Order is amended to require that all discovery be initiated so that it will be completed on or before March 10, 2008. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before April 10, 2008. All other provisions of the Scheduling Order remain in effect.

IT IS SO ORDERED

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE