UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET F. JEFFRIES | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-707-*** |
| | : | |
| v. | : | |
| | : | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this _26_ day of _November_, 2007, upon consideration of the parties' joint request to extend discovery, it is ORDERED that the Court's Scheduling Order is amended to require that all discovery be initiated so that it will be completed on or before March 10, 2008. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before April 10, 2008. All other provisions of the Scheduling Order remain in effect.

IT IS SO ORDERED

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE