UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET F. JEFFRIES | : | Civil Action No. 06-CV-707 |
| Plaintiff, | : | |
| v. | : | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

TO:   Herbert G. Feuerhake
        Law Office of Herbert G. Feuerhake
        521 West Street
        Wilmington, DE 19801
        (302) 658-6101

I, Seth M. Beausang, hereby attest under penalty of perjury that on this 7th day of December, 2007, I gave Plaintiff notice by ECF that Defendant will take Plaintiff Janet Jeffries's deposition beginning at 9:30 a.m. on December 17, 2007, and continuing for as long as needed, at the following location:

United States Attorney's Office
District of Delaware
1007 N. Orange St. Suite 700
Wilmington, Delaware 19801

The deposition will be recorded by stenographic means.

                COLM F. CONNOLLY
                United States Attorney

By:    /s/ Seth M. Beausang
       Seth M. Beausang (De. I.D. No. 4071)
       Assistant United States Attorneys
       The Nemours Building
       1007 Orange Street, Suite 700
       P.O. Box 2046
       Wilmington, DE 19899-2046
       (302) 573-6277