## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET F. JEFFRIES, | : |
|       Plaintiff, | : |
| v. | :   Civil Action No. 06-707-*** |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | : |
|       Defendant. | : |

## ORDER

At Wilmington this **12th** day of **December, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, December 19, 2007 at 1:15 p.m.** with Magistrate Judge Thynge to address a discovery matter. **Seth M. Beausang, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE