

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

| | |
|---|---|
| *1007 N.Orange Street, Suite 700* | *(302) 573-6277* |
| *P.O. Box 2046* | *FAX (302) 573-6220* |
| *Wilmington, Delaware 19899-2046* | *TTY (302) 573- 6274* |
| | *Toll Free (888) 293-8162* |

December 12, 2007

BY E-FILING

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE 19801

      RE:    <u>Jeffries v. Potter No. 06-707-\*\*\* (D. Del.)</u>

Dear Judge Thynge:

      I respectfully write in reference to the above-referenced matter and the teleconference scheduled with Your Honor for Wednesday, December 19, 2007, at 1:15 p.m. to resolve a discovery dispute.

      The Government served its First Set of Interrogatories and First Set of Document Requests on August 6, 2007. Although Plaintiff's responses were due 30 days later, <u>see</u> Fed. R. Civ. P. 33(b)(3) & 34(b), to date the Government has not received a response.

      On November 29, 2007, the undersigned spoke with Plaintiff's counsel and the parties agreed to request a 60-day extension of the discovery period, meaning all discovery would be due March 10, 2008, and the Court granted the parties' request. (Doc. No. 22.) The undersigned also asked Plaintiff's counsel for dates when the Government could depose his client. Plaintiff's counsel agreed to provide dates and asked that the deposition occur on a Monday, when his client would be off from work. The undersigned made it clear to Plaintiff's counsel that the Government would need Plaintiff's responses to the outstanding and overdue written discovery before it could take Plaintiff's deposition, and Plaintiff's counsel agreed to provide responses.

      Thereafter, the undersigned attempted to contact Plaintiff's counsel by e-mail and telephone several times to schedule Plaintiff's deposition, and inquire about the outstanding and overdue written discovery, but to date Plaintiff's counsel has not responded. On December 7, 2007, the undersigned noticed the Plaintiff's deposition for Monday, December 17, 2007, but was forced to cancel that deposition on December 12, 2007, when Plaintiff's counsel failed to contact the undersigned or provide any written discovery. Also on December 7, 2007, Plaintiff's counsel failed to appear for a previously scheduled status teleconference with Your Honor.

Because the Government has not received any discovery in this matter, it cannot know what discovery it ultimately will need. Although it is possible the Government will only need to depose the Plaintiff, that deposition and the Plaintiff's written discovery responses could lead to additional depositions and written discovery requests. For this reason, the Government believes it is critical that Plaintiff begin discovery soon, so that there will be enough time left in the discovery period for the Government to request any follow-up discovery.

Accordingly, the Government respectfully requests that the Court order Plaintiff to respond to the Government's outstanding and overdue written discovery requests within 5 days. The Government further requests that the Court order the Plaintiff be available for a deposition, at a time convenient for Plaintiff and her counsel, within 3 weeks.

    Respectfully,

    COLM F. CONNOLLY
    United States Attorney

    By: /s/ Seth M. Beausang
    Seth M. Beausang (I.D. No. 4071)
    Assistant United States Attorney

cc:   Herbert G. Feuerhake, Esquire (by CM/ECF)