## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET F. JEFFRIES, | : |
|           Plaintiff, | : |
| v. | :    Civil Action No. 06-707-JJF |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | : |
|           Defendant. | : |

## **ORDER**

At Wilmington this **14th** day of **February, 2008**.

IT IS ORDERED that the mediation scheduled for Wednesday, March 5, 2008 at 10:00 a.m. with Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                            /s/ Mary Pat Thynge
                                            UNITED STATES MAGISTRATE JUDGE