# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET F. JEFFRIES | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06-707-JJF |
| v. | : | |
| | : | |
| JOHN E. POTTER, POSTMASTER | : | |
| GENERAL, UNITED STATES POSTAL | : | |
| SERVICE | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES

TAKE NOTICE, that on this 15th day of February, 2008, Defendant served its Rule

26(a)(1) Initial Disclosures by E-Mail on the following counsel for Plaintiff:

Herbert G. Feuerhake
Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, DE 19801
(302) 658-6101
Email: herblaw@verizonmail.com .

DATED: February 15, 2008.

COLM F. CONNOLLY
United States Attorney

    /s/ Seth M. Beausang
Seth M. Beausang (DE I.D. No. 4071)
Assistant United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, Delaware 19801
(302) 573-6277, ext. 149