UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET F. JEFFRIES | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06-707-JJF |
| v. | : | |
| | : | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | : : | |
| | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, John E. Potter, Post Master General, United States Postal Service, respectfully moves, pursuant to Fed. R. Civ. P. 56, for summary judgment of Plaintiff Complaint. In support of this Motion, the Court is respectfully referred to the accompanying Brief. A proposed Order consistent with this Motion is attached hereto.

DATED: February 21, 2008

                                                      Respectfully submitted,

                                                      COLM F. CONNOLLY
United States Attorney

By:    /s/ Seth M. Beausang
     Seth M. Beausang (De. I.D. No. 4071)
     Assistant United States Attorneys
     The Nemours Building
     1007 Orange Street, Suite 700
     P.O. Box 2046
     Wilmington, DE 19899-2046
     (302) 573-6277

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET F. JEFFRIES | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06-707-JJF |
| v. | : | |
| | : | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | : : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Defendant's Motion For Summary Judgment, and all papers filed in support thereof and opposition thereto, it is ORDERED that Defendant's Motion is GRANTED and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE