IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET JEFFRIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. A. No. 06-707-JJF |
| vs. | ) |
| | ) |
| JOHN E. POTTER, POSTMASTER | ) |
| GENERAL, UNITED STATES POSTAL | ) |
| SERVICE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The foregoing Motion for Extension of Time to File Answering Brief on Summary Judgment it is hereby ORDERED granted, and the time for plaintiff Janet Jeffries to file her answering brief is extended to March 20, 2008.

THE COURT

By: _____
Judge
3/12/08