IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET JEFFRIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. A. No. 06-707-JJF |
| vs. | ) | |
| | ) | |
| JOHN E. POTTER, POSTMASTER | ) | |
| GENERAL, UNITED STATES POSTAL | ) | |
| SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

### Motion for Extension of Time for File Answering Brief on Summary Judgment

The plaintiff, Janet Jeffries, hereby moves for an extension of the time to file her answering brief on summary judgment to April 7, 2008. Counsel for the defendant, Seth Beausang, Esq., has been contacted and has no objection to the granting of this motion. The plaintiff requests this extension in light of the scope of the brief.

Plaintiff JANET JEFFRIES

DATE: April 3, 2008

By: _____
Herbert G. Feuerhake, Esq.
The Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, Delaware 19801
(302) 658-6101
DE Atty. ID # 2590
herblaw@verizonmail.com
Attorney for Plaintiff Jeffries

## **ORDER**

The foregoing Motion for Extension of Time to File Answering Brief on Summary Judgment it is hereby ORDERED granted, and the time for plaintiff Janet Jeffries to file her answering brief is extended to April 7, 2008.

                    THE COURT

By: _____
        Judge

## Certificate of Service

I hereby certify that I have caused the foregoing *Motion for Extension of Time to File Answering Brief on Summary Judgment* to be electronically filed on April 3, 2008 in the CM/ECF system and thereby electronically served on the following counsel of record:

Seth Beausang, Esq.
Asst. U.S. Atty.
The Nemours Bldg.
1007 Orange Street, Suite 700
Wilmington, DE 19801

_____
Herbert G. Feuerhake, Esq.