IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET JEFFRIES, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-707 JJF |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | : | |
| Defendants. | : | |

**ORDER**

At Wilmington this 10th day of April, 2008, having reviewed the plaintiff's motion (D.I. 37) seeking an extension of time to file an answering brief with regard to (D.I. 33) Motion for Summary Judgment, and there being no opposition filed thereto;

IT IS ORDERED that said motion (D.I. 37) is granted.

IT IS FURTHER ORDERED that, on receipt of this Court's order plaintiff Janet Jeffries shall file her answering brief to (D.I. 33) Summary Judgment motion.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE