```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
```

JANET F. JEFFRIES,              :
                                :
        Plaintiff,               :
                                :
    v.                          :    C. A. No. 06-707 JJF
                                :
JOHN E. POTTER, POSTMASTER      :
GENERAL, UNITED STATES POSTAL   :
SERVICE                         :
                                :
        Defendant.              :

## O R D E R

WHEREAS, on February 21, 2008, Defendant filed a Motion for Summary Judgment (D.I. 33) in the above-captioned matter;

WHEREAS, on March 12, 2008, the Court granted Plaintiff's Motion for an Extension of Time to answer Defendant's Motion for Summary Judgment;

WHEREAS, on April 10, 2008, the Court granted Plaintiff's second Motion for an Extension of Time, directing Plaintiff to file her answer upon receipt of the Court's Order (D.I. 38);

WHEREAS, Plaintiff has not filed a response to Defendant's Motion for Summary Judgment;

WHEREAS, on May 12, 2008, Defendant filed a Motion to Dismiss Pursuant to Local Rule 41.1 for Failure to Prosecute (D.I. 39);

WHEREAS, Plaintiff has not filed a response to Defendant's Motion to Dismiss;

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff shall show cause for her failure to respond to Defendant's Motion for Summary Judgment and Motion to Dismiss for failure to prosecute **no later than July 8, 2008.** If Plaintiff does not show cause and file an Answering Brief for each motion by the date indicated, the Court will decide the motions on the papers submitted.

June 20, 2008

                                                       UNITED STATES DISTRICT JUDGE