IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JANET F. JEFFRIES,                :
                                  :
        Plaintiff,                :
    v.                            : Civil Action No. 06-707 JJF
                                  :
JOHN E. POTTER, POSTMASTER        :
GENERAL, UNITED STATES POSTAL     :
SERVICE                           :
        Defendant                 :

## O R D E R

At Wilmington, this 1 day of July 2008, for the reasons discussed in the Memorandum Opinion issued this date;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant John E. Potter's Motion to Dismiss (D.I. 6) as to Count III of Plaintiff's Complaint, and as to Plaintiff's Demand for Punitive Damages, is **GRANTED**.

July 1, 2008

_____
UNITED STATES DISTRICT JUDGE