# The Law Office
## of
# HERBERT G. FEUERHAKE

*A Professional Association*
521 WEST STREET
WILMINGTON, DE 19801
(302) 658-6101
E-Mail: herblaw@verizonmail.com

**HERBERT G. FEUERHAKE, ESQ.**                                                FACSIMILE TRANSMISSION
MEMBER OF DE & CT BARS                                                          (302) 658-6105

The Hon. Judge Joseph J. Farnan, Jr.
United States District Court                    July 9, 2008
844 King Street
Wilmington, DE 19801

Re: <u>**Jeffries v. Potter, C.A. No. 06-707-JJF**</u>

Dear Judge Farnan:

    I represent plaintiff Janet Jeffries in the above-referenced matter. The answering brief on summary judgment is almost complete. I thought I would be able to file it by the end of the day yesterday, but I am still finishing it up.

    Not by way of excuse but only be way of explanation, my brother passed away suddenly from a heart attack on June 25, 2008, and I spent several days last week in Florida with his family. This has been a difficult time for all involved, and my available time has been impacted.

    In addition, I had a laser procedure on my left eye on June 24, 2008, in an effort to correct fluid build-up subsequent to my surgery last September for a detached retina. The retina problem has encumbered me all year, and indeed in retrospect I believe that it was causing me problems even before the detachment. It appears to me that the laser procedure may have corrected the fluid build-up problem, although the improvement is gradual. However, at this time I feel that I am beginning to work more efficiently.

    Because I am a one-person operation, the retina problem has caused me to fall behind. One sometimes is unrealistic in estimating one's ability to deal with something like this; I am probably guilty on that count. I am working as diligently as I can to dig out of the hole I created for myself. I request the Court's indulgence on these issues, recognizing that, in fact, the Court has to this point been attempting to be as reasonable as possible.

    My hope is that my client not suffer prejudice because of my infirmities, particularly as I begin to return to normal.

    I expect to file today or, at the latest, tomorrow. I would ask that my filings be given consideration in the decision on the pending motion for summary judgment. Insofar as the Court determines that some sanction is warranted, I would ask that it be directed at me and not at my client's interests.

Respectfully submitted,

Herbert G. Feuerhake, Esq.