The Law Office
of

# HERBERT G. FEUERHAKE

*A Professional Association*

521 WEST STREET
WILMINGTON, DE 19801
(302) 658-6101
E-Mail: herblaw@verizonmail.com

**HERBERT G. FEUERHAKE, ESQ.**                                        FACSIMILE TRANSMISSION
MEMBER OF DE & CT BARS                                                 (302) 658-6105

The Hon. Judge Joseph J. Farnan, Jr.
United States District Court                                     July 28, 2008
844 King Street
Wilmington, DE 19801

**Re: <u>Jeffries v. Potter, C.A. No. 06-707-JJF</u>**

Dear Judge Farnan:

       The plaintiff's Answering Brief on Summary Judgment will be filed before the end of business today.

                                                      Respectfully submitted,

                                                      Herbert G. Feuerhake, Esq.