The Law Office
of
### HERBERT G. FEUERHAKE
*A Professional Association*
521 WEST STREET
WILMINGTON, DE 19801
(302) 658-6101
E-Mail: herblaw@verizonmail.com

**HERBERT G. FEUERHAKE, ESQ.**
MEMBER OF DE & CT BARS

FACSIMILE TRANSMISSION
(302) 658-6105

The Hon. Judge Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

### Re:  Jeffries v. Potter, C.A. No. 06-707-JJF

Dear Judge Farnan:

The plaintiff's Appendix to the Answering Brief on Summary Judgment, part 2, is missing pages A-46 to A-49, which appear to have been reversed during the scanning process. The missing pages accompany this letter.

Respectfully submitted,

Herbert G. Feuerhake, Esq.



| | | |
|---|---|---|
| Janet Jeffries | ) | **DATE:** June 08, 2004 |
| 2148 Seeneytown Road | ) | |
| Dover, Delaware 19904 | ) | **USPS Case No.:** 1-C-081-0017-04 |
| | ) | |
| | ) | **Date Formal Filed:** February 18, 2004 |
| v. | ) | |
| | ) | |
| John E. Potter, | ) | |
| Postmaster General | ) | |
| United States Postal Service | ) | |

John Williams
US Postal Service
Delaware P&DC
147 Quigley Boulevard
New Castle, Delaware 19720

July 29, 2004,

Dear Mr. Williams:

I have been contracted with the U.S. Postal Service to conduct a formal investigation into the Complainant's allegation of discrimination. In an investigation, you, the Witness, are required to give an affidavit (sworn or affirmed written testimony) of the facts relating to this Complaint as you know them. The accepted issue under investigation is:

**The complainant claims discrimination based on Color (Caucasian) when: on November 11, 2003, she was verbally and physically assaulted by another employee and management failed to take any action.**

**Your testimony will be obtained by mail.** As such, enclosed are questions that you are required to answer as part of this investigation.

Enclosed are PS Form 2568-B, EEO Investigative Affidavit (Witness), PS Form 2571 (Certification), and PS Form(s) 2569, EEO Investigative Affidavit (Continuation Sheet) for your convenience. Please feel free to use these forms to answer the enclosed questions.

**You should be aware that you have a duty to respond fully and in a timely fashion to this request for an affidavit/documentation. The information requested is deemed necessary to complete the investigation of all of the facts of your case. Failure to provide all of the requested information may result in a delay of the processing of this case or may result in sanctions or other actions as specified in 29 CFR 1614.108(c) (3).**

Affidavit ⊆
Page 1 of 1 |

A-46

00144



**Affidavit Questions**
**John Williams, Manager**
**Re: Janet Jeffries EEO Complaint 1C-081-0017-04**

**The Complainant alleged discrimination based on color (Caucasian) when: on November 11, 2003, she was verbally and physically assaulted by another employee, and management failed to take action.**

1. Please state your name, race, your title, postal facility, address, telephone number, e-mail address.

2. What is your relationship to complainant?

3. Ms. Jeffries stated that after the incident that occurred between her and Delores Thomas on November 11, 2003, she reported the incident to you. Please state exactly what happened on that day, and subsequently , including: the following:

4. When and what did Jeffries tell you about what occurred on November 11, 2003?

6. What did you do immediately?

7. Did you meet with Ms. Jeffries? When? Was anyone else present?

8. Did you meet with Ms. Thomas? When? Was anyone else present?

9. Please describe the investigation in to the incident in detail.

10. Was an incident report filed in regards to the incident?

11. Was a safety report filed?

5. Was Ms. Tomas or Ms. Jeffries disciplined?  Provide details.

6. Exactly how was Zero Tolerance Policy followed? Please be specific.

7. Who else knew about this incident? Did you report this or confer with any other management? What were you told?

8. Were there any other decision makers involved, and if so, how?

9. Have you disciplined other employees in any similar situations? If so, please provide their names, and races, and information regarding the incidents, and subsequent actions?

10. Please provide any additional information in support of your affidavit.

**Request for the production of Documents**

1. Relevant documents that were generated by this incident, including all notes, memos, and letters, Incident reports, safety reports.

2. Excerpts form the discipline files of Ms. Jeffries and Ms. Thomas showing any discipline

See page 2.

Affidavit
Page 2 of 11

A-47

00145




Jeffries/Affid: )f Joh Villiams

3. Documents from disciplinary files or official personnel folders of any African American or Caucasian employees who were disciplined in similar situations.

4. Postal service policy rules and regulations relevant to this complaint (Provide copies of the actual policies, handbooks, etc)

5. Any other documents to support managements position on this complaint.


You must provide all requested documentation. If for some reason you do not have the documentation requested, contact the investigator at 410-997-9221 or msmsithgreen@msn.com, and explain why the documentation is not available or appropriate to the claim. If you feel that alternative documentation will help support your affidavit, add it to documentation requested.

Affidavit C
Page 3 of 11

A-48

00146

| U.S. Postal Service | | Page No. | No. Pages | Case No/Case Name |
|---|---|---|---|---|
| **EEO Investigative Affidavit (Witness)** | | 1 | 4 | 1C-081-0012-04 |
| 1. Affiant's Name (Last, First, MI) | | | 2. Employing Postal Facility | |
| Williams, John R | | | DE P&DC | |
| 3. Position Title *Manager* | 4. Grade Level | 5. Postal Address and Zip +4 | | 6. Unit Assigned |
| *Distribution & Operations EAS-19* | EAS-19 | P.O. Box 10000 Wilmington DE 19850-9997 | | Tour 3 |

### Privacy Act Notice

Privacy Act Notice. The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

### USPS Standards of Conduct

Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action. (ELM 666)

7. Statement (Continue on Form 2569 if additional space is required)

1) John R. Williams, African American, Manager Distribution & Operations, DE P&DC, P.O. Box 10000, Wilmington, DE 19850-9997, (302)323-2254 or 2281, john.r.williams@usps.gov 2) Manager of tour she works on 3) Ms Jeffries informed me of the incident a few days later but I don't have the exact date annotated. She informed me that while they were tying out the flat sorter machine at the end of a run, Mr. D. Thomas was verbally and physically abusive toward her. I informed Ms Jeffries I'd investigate the issue and get back to her. The complete investigation wasn't concluded until 12-3-04 after receiving my last statement from Frank Frisby. A day or two after this I met with Labor Relation Rep. J. Morris & D. Kelley-Brown. The recommendation from labor after reviewing all statements was to give both employees a Letter of Warning for

I declare under penalty of perjury that the foregoing is true a

Affidavit C
Page 4 of 11

Affiant's Signature
*John R. Williams*

5/17/04

PS Form 2569-B, March 2001

# A-49

00147