**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

JANET F. JEFFRIES                               :
                                                :
       Plaintiff,                               :
                                                :       Civil Action No. 06-707-JJF
              v.                                :
                                                :
JOHN E. POTTER, POSTMASTER                      :
GENERAL, UNITED STATES POSTAL                   :
SERVICE                                         :
                                                :
       Defendant.                               :
                                                :

**JOINT STIPULATION AND PROPOSED ORDER**
**TO SET NEW BRIEFING SCHEDULE**

       Colm F. Connolly, United States Attorney, and Seth M. Beausang, Assistant United

States Attorney, representing the Defendant, and Herbert G. Feuerhake, Esquire, representing the

Plaintiff, hereby stipulate that Defendant's Reply Brief in support of its Motion for Summary

Judgment shall be due on or before August 11, 2008.

DATED:        August 1, 2008

COLM F. CONNOLLY
United States Attorney


  /s/ Seth Madison Beausang_____          ___/s/ Herbert G. Feuerhake_____
Seth Madison Beausang (De. # 4071)             Herbert G. Feuerhake (De. # 2590)
U.S. Attorney's Office                         The Law Office of Herbert G. Feuerhake
1007 Orange Street, Suite 700                  521 West Street
P.O. Box 2046                                  Wilmington, Delaware 19801
Wilmington, DE 19899-2046


IT IS SO ORDERED this _____ day of _____, 2008.


                              _____
                              THE HONORABLE JOSEPH J. FARNAN, JR.
                              UNITED STATES DISTRICT COURT JUDGE